FOLGER LEVIN & KAHN LLP
Lisa M. van Krieken (SB# 121808, lvankrieken@flk.com)
Genevieve E. Evarts (SB# 226874, gevarts@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Hyatt Corporation, as agent
of Capitol Regency LLC, a California limited liability
company, d/b/a Hyatt Regency Sacramento

BEYER, PONGRATZ & ROSEN
Etan A. Rosen (SB#173728, erosen@bprlaw.net)
3230 Ramos Circle
Sacramento, CA 95827
Telephone: (916) 369-9750
Facsimile: (916) 369-9760

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HSUEH,<br><br>             Plaintiff,<br><br>      v.<br><br>HYATT REGENCY SACRAMENTO; and DOES 1-50, inclusive,<br><br>             Defendants. | CASE NO. CIV. S-05-0562-WBS/JFM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |

Pursuant to Federal Rule of Civil Procedure 41 and in lieu of filing the Parties' Joint Voluntary Dispute Resolution Program Completion Report, this Stipulation for Dismissal with Prejudice is entered into by Plaintiff Jennifer Hsueh ("Plaintiff") and Defendant Hyatt Corporation, as agent of Capitol Regency LLC, a California limited liability company, d/b/a Hyatt Regency Sacramento ("Defendant"), through their respective undersigned counsel of record.

WHEREAS, Plaintiff filed a Complaint for Damages ("Complaint") in the Superior Court of the State of California, County of Sacramento against Defendant on February 16, 2005,

alleging claims for Discrimination, Harassment and Retaliation in Violation of California Government Code §§ 12920, 12940, *et seq.*, Breach of Express Contract, and Breach of Implied Covenant of Good Faith and Fair Dealing;

WHEREAS, the above-captioned matter was removed to the United States District Court, Eastern District of California on March 23, 2005;

WHEREAS, Plaintiff and Defendant have agreed to stipulate to dismissal with prejudice of the above-captioned matter;

WHEREAS, Plaintiff further stipulates that the material allegations contained in the Complaint are hereby withdrawn in full, and further confirms that Richard Hernandez did not at any time physically grab her breast and withdraws that allegation to the extent it was ever made either in the Complaint herein or otherwise;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant that the above-captioned matter is dismissed with prejudice and that the material allegations of the Complaint are withdrawn in full by Plaintiff.

Dated: August 25, 2005                         FOLGER LEVIN & KAHN LLP

/s/ Lisa M. van Krieken, Esq.

Lisa McCabe van Krieken
Attorneys for Defendant Hyatt Corporation, as agent of Capitol Regency LLC, a California limited liability company, d/b/a Hyatt Regency Sacramento

Dated: August 25, 2005                         BEYER, PONGRATZ & ROSEN

/s/ Etan A. Rosen, Esq.
(as authorized on August 25, 2005)

Etan E. Rosen
Attorney for Plaintiff Jennifer Hsueh

///
///

1 **IT IS SO ORDERED.**

Dated: August 30, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE